UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - against -                        Docket. No.  22 Cr. 640 (KMK)

KRISTOPHER BURGESS CUNNINGHAM,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Upon the application of Christine Delince, attorney for Kristopher Burgess Cunningham;

      **I T   I S   H E R E B Y   O R D E R E D,** that the Warden for the Metropolitan

Detention Center, 80 29ᵗʰ Street, Brooklyn, New York, and the Bureau of Prisons, permit the

defendant, **Kristopher Burgess Cunningham** [Inmate Number 34043-510], to be taken, by the

United States Marshals Service, from the Metropolitan Detention Center ~~xxxxxxxxx~~ to an outside

dermatologist for follow up treatment for his skin infection and lesions without any ~~xxxxxx~~ unreasonable delay

Dated:  New York, New York
        January 11 , 2024

                             S O   O R D E R E D:

                                          Hon. Kenneth M. Karas
                              United States District Court Judge