**The Law Offices of**

**O&D**

**ONAODOWAN & DELINCE**

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com   c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com   c 917.238.9332

**Via ECF**                                                                 May 2, 2024

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: <u>United States v. Kristopher Burgess Cunningham</u>; 22 Cr. 640 (KMK)

Dear Judge Karas,

I represent Kristopher Cunningham in the above referenced case. I write to request that the Court allow Jill Shellow, Esq. to appear on my behalf for Mr. Cunningham at the status conference scheduled for May 9, 2024, at 10:30am. I am currently on maternity leave and unable to appear. I have discussed this with Mr. Cunningham, and he consents to Ms. Shellow representing him on that date.

Respectfully submitted,

*Christine Delince*
Christine Delince, Esq.

cc: AUSA Ong
    AUSA Allison
    All Counsel

*Granted,*
*So Ordered.*
*KMK*
*5/3/24*

100 Church Street, 8th Floor, NY, NY 10007   w eocdlaw.com   facebook.com/OnaodowanDelince   twitter.com/OandDLaw